

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00746-CV

Leticia R. **BENAVIDES**,
Appellant

v.

**RANCHO VIEJO CATTLE COMPANY, LTD.**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 23130A
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we GRANT appellant's "Opposed Motion to Abate," which ultimately requests that we dismiss this appeal, and DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellant.

SIGNED September 10, 2025.

_____
Rebeca C. Martinez, Chief Justice